IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VANSHAWN SANDS,

        Appellant,

 v.

Case No.  5D21-2577
LT Case No. 2020-CF-9350

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed December 20, 2022

Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Matthew J. Metz, Public Defender, and
Nancy Ryan, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


COHEN, SASSO and TRAVER, JJ., concur.